UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**A. JOSEPH RAETANO,**

    Plaintiff,

v.                                                   Case No. 8:09-cv-1579-T-30TGW

**MARY G. REALTY, INC.,**

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Notice of Compliance with 60-Day Order of Dismissal (Dkt. #13). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.     The settlement of the parties is APPROVED.

2.     Plaintiff shall be reimbursed in the amount of $4,500.00 over the course of three (3) months for the attorney's fees, litigation expenses and costs incurred in this action.

3.     The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on April 13, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1579.approve 13.frm